SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

JONATHAN SCHMIDT (CASBN 230646)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6776
    Facsimile: (415) 436-7234
    E-Mail: jonathan.schmidt@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 01 40201-01-DLJ |
|     Plaintiff, ) | |
| ) | JOINT MOTION AND ORDER FOR A |
|     v. ) | CONTINUANCE |
| ) | |
| EDUARDO SANDOVAL-MENDOZA, ) | |
|     Defendant. ) | |

      The parties hereby move this Court to continue the status hearing date currently set for June 15, 2007 at 9:00 a.m. to July 13, 2007 at 9:00 a.m. The parties are engaged in plea negotiations and expect to have a resolution by July 13, 2007. In the interim there is a need for continued preparation and the parties ask the time is excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

//

//

//

Stip & Order
CR 01 40201 DLJ

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: June 14, 2007 | /S/<br>JONATHAN SCHMIDT<br>Assistant United States Attorney |
| Dated: June 14, 2007 | /S/<br>MARC ZILVERSMIT<br>Attorney for Defendant |

IT IS SO ORDERED

_____   June 15, 2007
THE HONORABLE D. LOWELL JENSEN

U.S. District Court Judge

Stip & Order
CR 01 40201 DLJ                         2