MARC J. ZILVERSMIT, ESQ., State Bar No. 132057
523 Octavia Street
San Francisco, CA  94102
Telephone: (415) 431-3472

Attorney for Defendant
EDUARDO SANDOVAL-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>EDUARDO SANDOVAL-MENDOZA,<br><br>        Defendant. | No. CR-01-40201-DLJ<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE** |

GOOD CAUSE APPEARING THEREFOR, and pursuant to the stipulation of the parties, is hereby ordered that the defendant's conditions of release be modified to permit him to travel to the Central District of California to visit his son at Preston Youth Correctional Facility in Ione California on July 8, 2007 and return to the Northern District on the same day.

Respectfully stipulated and submitted,

Dated: June 22, 2007                           /s/
                                           MARC J. ZILVERSMIT,
                                           Attorney for Defendant,
                                           EDUARDO SANDOVAL-MENDOZA


Dated: June 22, 2007                           /s/
                                           JONATHAN SCHMIDT
                                           Assistant United States Attorney

Motion and [Proposed] Order                    1

1
2
3   Dated: June 22, 2007                                    /s/
                                                    BETTY KIM
4                                                   United States Pretrial Services
5
6
7
8   IT IS SO ORDERED:
9
    _____ June 26, 2007
10  THE HONORABLE D. LOWELL JENSEN
    Judge of the United States District Court
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Motion and [Proposed] Order                     2